UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHON MYERS,

    Plaintiff,

v.

CYNTHIA FITZGERALD, *et al.*

    Defendants.
_____/

Case No. 2:14-10220
District Judge Stephen J. Murphy, III
Magistrate Judge Anthony P. Patti

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXTENSION (DE 36)

Defendant, Angie Leffler, filed a motion for summary judgment in this action on January 27, 2016. (DE 34.) On January 29, 2016, the Court issued a scheduling order requiring Plaintiff to respond to the motion on or before March 14, 2016. (DE 35.) On March 14, 2016, Plaintiff called the Court asking for a brief, one-day extension, which was granted. On March 18, 2016, however, Plaintiff filed a motion seeking to extend the deadline by 90 days. (DE 36.)

Plaintiff asserts that he is entitled to a 90-day extension because he suffers from severe anxiety, stress, and depression, for which he is enrolled in a mental health treatment program. For good cause shown, Plaintiff's motion is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's response to the pending motion for summary judgment shall be filed **ON OR BEFORE APRIL**

**20, 2016**.  No further extensions will be granted absent an extreme showing of good cause.

    **IT IS SO ORDERED.**

Dated: March 21, 2016　　　　　　　　　s/Anthony P. Patti　　　　　　　
　　　　　　　　　　　　　　　　　　　Anthony P. Patti
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 21, 2016, electronically and/or by U.S. Mail.

　　　　　　　　　　　　　　　　　　　s/Michael Williams　　　　　　　　
　　　　　　　　　　　　　　　　　　　Case Manager for the
　　　　　　　　　　　　　　　　　　　Honorable Anthony P. Patti