UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHON MYERS,

       Plaintiff,                Case No. 2:14-10220
                                            District Judge Stephen J. Murphy, III
v.                                         Magistrate Judge Anthony P. Patti

CYNTHIA FITZGERALD, *et al.*

       Defendants.
_____/

## ORDER RESCHEDULING THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 34)

Defendant's motion for summary judgment was initially set to be heard by the Court on July 13, 2016. (DE 40.) That day, Plaintiff informed the Court that he was having transportation issues and asked if the hearing could be rescheduled.[1] Accordingly, the hearing will be rescheduled to **JULY 22, 2016 at 10:00 a.m.** at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 624, Detroit, Michigan. No further adjournments will be authorized, absent an extreme showing of good cause.

    **IT IS SO ORDERED.**

---

[1] Plaintiff was able to show up for the 2:00 p.m. hearing, but by that point the Court had already informed Defendant's counsel that the hearing would not go forward.

Dated: July 14, 2016                    s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE